1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTEO GOMEZ,

11              Plaintiff,                    No. CIV S-09-0050 DAD P

12        vs.

13   BRIDA, et al.,                          ORDER AND

14              Defendants.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16              By order filed March 18, 2009, plaintiff's complaint was dismissed and thirty days

17   leave to file an amended complaint was granted.  The thirty day period has now expired, and

18   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

19              Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

20   randomly assign a United States District Judge to this action;

21              IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

23              These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

                                              1

Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 29, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
gome0050.fta